AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

for the

District of Hawaii

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

**MAY 1 5 2026**

at __10__ o'clock and __55__ min. __A__M
Lucy H. Carrillo, Clerk

| | | |
|---|---|---|
| United States of America  RECD USMS/HI 05/13/26 10:28 | ) | |
| v. | ) | Case No.   MJ 26-00439 RT |
| Igor Mykhaylovych Lytvynchuk | ) | |
| | ) | **FILED UNDER SEAL PURSUANT TO** |
| | ) | **CRIMLR5.2(a)(1)** |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Igor Mykhaylovych Lytvynchuk                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

16 USC §§ 1538(a)(1)(B) and (g) - Taking and attempting to take an endangered species of fish or wildlife within the United States or the territorial sea of the United States.

16 USC § 1372(a)(2)(A) - Taking and attempting to take any marine mammal in waters or on lands under the jurisdiction of the United States.



Date:    May 12, 2026

_____
Rom A. Trader
United States Magistrate Judge

City and state:    Honolulu, Hawaii

| Return |
|---|
| This warrant was received on *(date)*   **May 12, 2026** , and the person was arrested on *(date)*   **May 13, 2026** at *(city and state)*      **Covington, WA** .

Date:   __5/14/2026__                                      _____**see attachment**_____
                                                                                 *Arresting officer's signature*

                                                          _____**Grant Demesillo, Special Agent**_____
                                                                                 *Printed name and title* |