AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

COMPLETED

| | |
|---|---|
| United States of America<br>v.<br>Igor Mykhaylovych Lytvynchuk | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.   MJ 26-00439 RT

**FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)**

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Igor Mykhaylovych Lytvynchuk                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

16 USC §§ 1538(a)(1)(B) and (g) - Taking and attempting to take an endangered species of fish or wildlife within the United States or the territorial sea of the United States.

16 USC § 1372(a)(2)(A) - Taking and attempting to take any marine mammal in waters or on lands under the jurisdiction of the United States.

Date:     May 12, 2026

Rom A. Trader
United States Magistrate Judge

City and state:     Honolulu, Hawaii

| Return |
|---|

This warrant was received on *(date)*  May 12, 2026, and the person was arrested on *(date)*  May 13, 2026
at *(city and state)*  Covington, WA                  .

Date:  5/14/2026

*Arresting officer's signature*

Grant Demesillo     Special Agent
*Printed name and title*