FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
May 15, 2026, 4:28 pm
Lucy H. Carrillo, Clerk of Court

## UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: **USA v. Lytvynchuk**    Case No. **1:26-mj-00439**

Presiding District or Magistrate Judge: **Trader**

Media Outlet: **The Associated Press**

Representative(s): **Jennifer Kelleher**

Email Address To Send Completed Request Form: jkelleher@ap.org

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|------|------|--------------|
| 5/27/26 | 10:30 | initial appearance |
| | | and all future |
| | | on-the-record hearings |
| | | in open court. |
| | | |

DATED: 5/15/26    SIGNATURE: *Jennifer Kelleher*

PRINTED NAME: Jennifer Kelleher

IT IS SO ORDERED.

[X] APPROVED    ☐ APPROVED AS MODIFIED    ☐ DENIED

DATED: May 15, 2026

Rom A. Trader
United States Magistrate Judge