KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
michael.nammar@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>vs. )<br><br>IGOR MYKHAYLOVYCH )<br>LYTVYNCHUK, )<br><br>Defendant. )<br> ) | CASE NO. MJ26-00439 RT<br><br>NOTICE OF DISMISSAL<br>OF CRIMINAL COMPLAINT |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by

leave of Court endorsed hereon, the United States Attorney for the District of

Hawaii hereby dismisses the Criminal Complaint filed on May 12, 2026, in the above-captioned matter.   The reason for the dismissal is that the defendant has been charged by Information filed on May 26, 2026, in Case No. CR26-00049 RT.

DATED:   Honolulu, Hawaii, June 2, 2026.

KENNETH M. SORENSON
United States Attorney
District of Hawaii


By /s/ *Michael Nammar*
   MICHAEL NAMMAR
   Assistant U.S. Attorney


Leave of Court is granted for the filing of the foregoing dismissal.

DATED:  June 3, 2026, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge


United States v. Igor Mykhaylovych Lytvynchuk
Case No. MJ26-00439 KJM
Notice of Dismissal

2